

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

November 3, 1961

Honorable J. W. Edgar
Commissioner of Education
Texas Education Agency
Austin, Texas

Opinion No. WW- 1185

Re: Whether the boundaries
and jurisdiction of a
military reservation
independent school
district, created pur-
suant to Article 2756b
of Vernon's Civil
Statutes with boundaries
co-extensive with the
boundaries of the reser-
vation automatically
extend to include area
or acreage that later
becomes a part of or is
added to the reservation

Dear Dr. Edgar:

under the circumstances.

Your request for opinion informs us that
Lackland Independent School District is the recognized
military base or reservation independent school district
serving Lackland Air Force Base, and that its authoriza-
tion provides that "the boundaries to be co-extensive
with boundaries of Lackland Air Force Base."

We note that only a mile from Lackland Air
Force Base lies the Medina base, another federal
reservation, located partly within the Northside Inde-
pendent School District of Bexar County. Request for
this opinion arose from the recent transfer by the
Federal Government of two-hundred and thirty-five (235)
acres of the Medina base section of the Northside
District to Lackland Air Force Base, the new tract to
be known as Lackland Base Annex and is to be used by
Lackland for all purposes. Further facts are that the
Northside District has authorized bonds for construction,
only some of which, however, have been issued.

Your specific questions are as follows:

"1. Do the boundaries and juris-
diction of a military reservation
independent school district created

pursuant to Article 2756b with bound-
aries co-extensive with the boundaries
of the reservation automatically extend
to include area or acreage that later
becomes a part of or is added to the
reservation in the circumstances
outlined.

"2. Will the issuance of school
district bonds voted but unissued be
prohibited should military reserva-
tion area within the district auto-
matically become included within the
boundaries and jurisdiction of a
military reservation independent
school district originally created
pursuant to Article 2756b."

Article 2756b of Vernon's Civil Statutes
provides in part as follows:

"Section 1. That the State Board
of Education is hereby authorized and
empowered to establish independent
school districts upon any military
reservations located within the State
of Texas, upon such terms and condi-
tions as may be agreed upon by the
State Board of Education and the mili-
tary authorities; and such districts
may be entitled to enumerate its scho-
lastics, to share in the State per
capita apportionment, and such other
privileges as are now granted to
independent and common school districts.

"Provided, that the children who
are entitled to attend the schools
thus established, shall be those of
the officers, warrant officers, soldiers
and civilian employees residing or
employed upon such reservations.

"And provided, that wherever in
the opinion of the State Board of
Education, the number of children
resident upon any military reservation
is not sufficient to warrant the estab-
lishment of a separate school district,
that such military reservation shall for
the purpose of this Act be included in
any other school district

> under such regulations as the Board
> of Education may determine. Provided
> further, that the Board of Trustees
> of such district shall have the
> authority to transfer to any other
> independent or common school district
> maintaining adequate facilities and
> standards for elementary, junior or
> senior high schools, as set up by
> the State Department of Education and
> Southern Association, any school
> children who can not be provided for
> by the district of their residence."

We are of the opinion that there has been no change in the boundaries of the Northside and Lackland School Districts. The ownership of land does not affect the boundaries of a school district, nor did the transfer by the Federal Government of land from one military reservation to another change the boundaries of the school districts involved. The scholastics residing on the Lackland Annex portion of the Northside District are residents of that District. Central Education Agency v. Independent School District of El Paso, 152 Tex. 56, 254 S.W.2d 357, 359 (1953).

Our holding makes it unnecessary to consider your second question.

## S U M M A R Y

> The boundaries and jurisdiction of
> a military reservation independent
> school district created pursuant
> to Article 2756b of Vernon's Civil
> Statutes with boundaries co-extensive
> with the boundaries of the reserva-
> tion do not automatically extend to
> include area or acreage which is a
> part of another independent school
> district when that area later
> becomes a part of the military reser-
> vation.

Honorable J. W. Edgar, page 4 (WW-1185)

                              Yours very truly,

                              WILL WILSON
                              Attorney General of Texas

FDW:lgh                       By Fred D. Ward
                                 Fred D. Ward
                                 Assistant

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Wm. E. Allen
W. Ray Scruggs
Marvin Sentell

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Houghton Brownlee, Jr.